**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PATRICIA W. WATSON,

    Plaintiff,

v.                                                Case No.  8:11-cv-992-T-30AEP

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #10).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 8, 2011.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-992.dismiss 10.wpd