# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICIA W. WATSON,

    Plaintiff,

v.                                                   Case No. 8:11-cv-992-T-30AEP

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #10). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed with prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 8, 2011.

                                                                      JAMES S. MOODY, JR.
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-992.dismiss 10.wpd